**Electronically Filed
Supreme Court
SCWC-29347
26-JUL-2011
08:03 AM**

NO. SCWC-29347

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

WANDA RURIKO MITA, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29347; HPD CRIMINAL NO. 164978DL (1P108009607))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant Wanda Ruriko Mita's

application for writ of certiorari filed on June 23, 2011, is

hereby rejected.

DATED: Honolulu, Hawai'i, July 26, 2011.

Gary Y. Okuda (Leu & Okuda)
on the application for
petitioner/defendant-
appellant.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Castagnetti, in place of McKenna, J., recused.